UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

David Gast
                       Plaintiff,

v.                                     Case No.: 1:12–cv–03394
                                                 Honorable John A. Nordberg

Kane County, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 16, 2013:

      MINUTE entry before Honorable Maria Valdez: Magistrate Judge Status and Motion hearing held on 5/16/2013 regarding motion for protective order [32]. For the reasons stated on the record, Defendants' Motion for protective order [32] is withdrawn. If parties agreed with an HIPAA Protective Order the parties need not file a motion. The parties are granted leave to submit to the Court a proposed agreed order through the Court's email under Proposed_Order_Valdez@ilnd.uscourts.gov. Agreed discovery schedule is granted as follows: Plaintiff is given until 6/13/13 to amend complaint. Defendant has until 6/13/13 to respond to outstanding discovery. Plaintiff has until 7/15/13 to respond to discovery. Court inquires about settlement conference setting. Parties shall continue to discuss settlement. Status hearing set for 7/11/2013 at 10:00 AM.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.